*504 ORDER
PER CURIAM:
Before the Court is the appellant’s appeal of an August 7, 2002, decision of the Board of Veterans’ Appeals (Board) that determined that he was not entitled to (1) special monthly compensation based on the need for regular aid and attendance or for being housebound; and (2) a certificate of eligibility for financial assistance in acquiring specially adapted housing (or special home adaptations). On May 14, 2004, this Court granted a motion by the appellant for expedited consideration and affirmed the Board decision. On June 2, 2004, the appellant filed a motion for panel decision. On September 8, 2004, the Court ordered the Secretary to respond to the motion within 30 days. On September 22, 2004, the Court ordered oral argument for October 27, 2004. On October 1, 2004, the Court granted the parties’ joint motion to stay proceedings for 14 days, for the purpose of negotiating the terms of a joint resolution of this case. On October 21, 2004, the parties submitted a joint motion for remand of issue (2) above and a joint motion to terminate the appeal regarding issue (1) above. On October 22, 2004, the parties submitted a joint motion to stay the case pending a ruling on the two October 21 motions. On October 26, 2004, the Court revoked its order setting the matter for oral argument.
Upon consideration of the foregoing, it is
ORDERED that the October 21, 2004, joint motions are GRANTED. It is further
ORDERED that the October 22, 2004, joint motion to stay the case is DENIED as moot.